UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 18 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

DANNY EVANS,

    Plaintiff,

v.

GRINDER & HAISLIP CONSTRUCTION,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04-2790-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Case Without Prejudice For Failure To Comply With Orders Of The Court entered on October 13, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/18/05
Date

THOMAS M. GOULD

_____
Clerk of Court

Earline Grayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

(24)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02790 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Danny L. Evans
1449 Gold Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT